# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **DORETHIA TAYLOR-MERIDETH,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:16-cv-00612 |
| **STEPHEN BREESE, et al.,** | ) ) ) | **CHIEF JUDGE CRENSHAW** |
| Defendants. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 74), recommending that the Court deny Plaintiff's Motion for Summary Judgment (Doc. No. 59) and grant Defendant's Motion for Summary Judgment (Doc. No. 66), dismissing the case. Plaintiff did not file timely objections. After a de novo review, the Unopposed Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 59) is **DENIED**. Defendant's Motion for Summary Judgment (Doc. No. 66) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE